128 A.3d 1200

Gregory POWELL, Petitioner

v.

The COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 128 EM 2015.

Supreme Court of Pennsylvania.

Dec. 21, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DIS-MISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (explaining that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.

128 A.3d 1200

Mr. Jason PARKER, pro se, Petitioner

v.

COMMONWEALTH of Pennsylvania, Respondent.

No. 137 EM 2015.

Supreme Court of Pennsylvania.

Dec. 21, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2015, the Application for Extraordinary Relief is **DENIED.**